IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>  Plaintiff,<br><br>v.<br><br>MICHAEL J. MOONEY,<br>BRITT WRIGHT, and<br>PENNY FLIPPEN,<br><br>  Defendants. | Civil Action<br><br>File No.:   1:22-cv-2320-SDG |

## CERTIFICATE OF CONSENT
## FOR COUNSEL TO WITHDRAW

**COME NOW** William Paul Mason, Esquire and Mason Carter LLC, and pursuant to LR 83.1(E)(3), hereby submit this Certificate of Consent for Counsel to Withdraw.

On January 2, 2024, Counsel advised Defendant Mooney in writing of the following:

b)  The Court retains jurisdiction over the action.

c)  He has the burden of keeping the Court informed of a location where notices, pleadings, or other papers may be served.

d) He has the obligation to prepare for trial or hire new counsel to prepare for trial, when the trial date has been scheduled and to conduct and respond to discovery or motions in the case.

e) If he fails or refuses to satisfy court related obligations, he may suffer adverse consequences.

f) There presently are no scheduled proceedings or trial, and the holding of any such proceedings will not be affected by the withdrawal of counsel.

g) The service of notices may be made upon Defendant at the above referenced last known address below.

h) *Inapplicable.*

i) Opposing counsel's contact information is:

H.B. Roback, Esquire
Senior Trial Counsel
Division of Enforcement
Securities and Exchange Commission
Atlanta Regional Office
950 East Paces Ferry Road, N.E.
Suite 900
Atlanta, GA 30326-1382
OFFICE  +1 404 942 0690
MOBILE  +1 404 268 7866
robackh@sec.gov

Randy S. Chartash, Esquire
Chartash Law LLC
3151 Maple Drive, N.E.
Atlanta GA 30305
(404) 262-6270 (Main)
(404) 365-3884 (Desk)
(404) 333-2423 (Cell)
(404) 365-3885 (Fax)
randy@chartashlaw.com

Pursuant to LR 83.1(E)(3), withdrawal can occur with the client's consent by filing a Certificate of Consent with the Court that has been signed by the client, the withdrawing attorney, and, if selected, the attorney who will serve as the client's replacement counsel. The Certificate of Consent must demonstrate that the client has been advised of the items set forth in LR 83.1(E)(2)(b)(B) through (H).

**WHEREFORE**, Defendant Mooney and withdrawing counsel respectfully request that the Court grant the attached Order to Withdraw.

**This** 3rd day of January, 2024.

Respectfully submitted,

MASON | CARTER LLC

*s://William Paul Mason*
William Paul Mason
Georgia Bar No.: 475710

Withdrawing Attorneys for Defendant
MICHAEL J. MOONEY

**MASON | CARTER LLC**
45 Technology Pkwy S
Suite 240
Peachtree Corners, GA 30092-3455
Telephone: (770) 399-6450
Facsimile: (770) 399-6471
wpmason@masonlawfirm.net


**CONSENTED AND AGREED BY DEFENDANT:**

_/s/ Michael J. Mooney_____
Michael J. Mooney
1045 Ashfern Walk
Woodstock, GA 30189
mjmooney@bellsouth.net
404-229-7360

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL J. MOONEY,<br>BRITT WRIGHT, and<br>PENNY FLIPPEN,<br><br>    Defendants. | Civil Action<br><br>File No.:    1:22-cv-2320-SDG |

## CERTIFICATE OF SERVICE

I certify that I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF system, which will automatically send electronic mail notification of such filing to all counsel of record.

**This** 3rd day of January, 2024.

 

/s /William Paul Mason
William Paul Mason
Georgia Bar No.:   475710

Withdrawing Attorneys for Defendant
MICHAEL J. MOONEY

**MASON | CARTER LLC**
45 Technology Parkway South
Suite 240
Peachtree Corners, GA 30092-3455
Tel.:   770-399-6450
Fax:   770-399-6471
wpmason@masonlawfirm.net